# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 1st day of March, two thousand twenty-two.

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket No. 22-320 |
| v. | |
| Ivan Reyes-Arzate, | |
|     Defendant - Appellant. | |

_____

    Mark S. DeMarco moves to be relieved as counsel for the Appellant.

    IT IS HEREBY ORDERED that the motion to be relieved is GRANTED. Robin C. Smith, Esq., 802 B Street, San Rafael, CA 94901, is assigned as new counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Attorney Smith is directed to review Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

    For the Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court