## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: USA v. Reyes-Arzate    Docket No.: 22-320

Lead Counsel of Record (name/firm) or Pro se Party (name): Robin Smith

Appearance for (party/designation): Appellant

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect.    See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect.    The following parties do not wish to participate in this appeal:
   Parties: _____
[ ] Incorrect.    Please change the following parties' designations:
   Party                          Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete.    As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Robin Smith
Firm: Law Office of Robin Smith
Address: 802 B. Street San Rafael, CA 94901
Telephone: 415-726-8000       Fax: _____
Email: rcs@robinsmithesq.com

## RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously.    The short title, docket number, and citation are: _____
[ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.    The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that [ ] I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/
Type or Print Name: Robin Smith
       OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.