**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
**CRIMINAL APPEAL TRANSCRIPT INFORMATION - FORM B**

**TO BE COMPLETED BY ATTORNEY:**

**CASE NAME:** USA v. Reyes-Arzate _____ v.

_____

**DOCKET NUMBER:** 22-320 _____

**COUNSEL'S NAME:** Robin Smith _____

**COUNSEL'S ADDRESS:** 802 B. Street _____

San Rafael, CA 94901 _____

**COUNSEL'S PHONE:** 415-726-8000 _____

### QUESTIONNAIRE

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript.  Reason: [ ] Daily copy available  [ ] U.S. Atty. placed order
[ ] Other (attach explanation)

### TRANSCRIPT ORDER

Prepare transcript of

[ ] Pre-trial proceedings: plea hearing 10/19/21  Cogan, J. _____
(Description & Dates)

[ ] Trial: _____
(Description & Dates)

[ ] Sentencing: 2/9/22 Cogan, J. _____
(Description & Dates)

[ ] Post-trial proceedings: _____
(Description & Dates)

I, Robin Smith _____ , hereby certify that I will make satisfactory arrangements with
(counsel's name)

the court reporter for payment of the costs of the transcript in accordance with  FRAP 10(b).

Method of payment: [ ] Funds  [✓] CJA Form 24

_____    3/1/22 _____
Counsel's Signature                        Date

**TO BE COMPLETED BY COURT REPORTER AND FORWARDED TO COURT OF APPEALS:**

### ACKNOWLEDGMENT

Date order received: _____    Estimated Number of Pages: _____

Estimated completion date: _____

_____    _____
Court Reporter's Signature                    Date

**Attorney(s):** Send completed form to the U.S. District Court as that court may require and send copies to the
Court of Appeals, U.S. Attorney's Office, and Court Reporter.
**Court Reporter(s):** Send completed acknowledgement to the Court of Appeals Clerk.