**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
**CHIEF JUDGE**

Date: March 02, 2022
Docket #: 22-320
Short Title: United States of America v. Reyes-Arzate

**CATHERINE O'HAGAN WOLFE**
**CLERK OF COURT**

DC Docket #: 1:20-cr-30-1
DC Court: EDNY (BROOKLYN)
DC Judge: Cogan

**NOTICE OF CASE MANAGER CHANGE**

The case manager assigned to this matter has been changed.

Inquiries regarding this case may be directed to 212-857-8628.