# LAW OFFICE OF ROBIN C. SMITH, ESQ., P.C.

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

March 28, 2022

Re: *United States v. Ivan Reyes-Arzate,* 22-320

Dear Ms. Wolfe:

I was assigned to represent appellant Ivan Reyes-Arzate in this Court pursuant to the Criminal Justice Act on March 1, 2022. I write in accordance with Local Rule 31.2 to advise the Court that we are awaiting transcripts necessary to perfect the appeal.

       Very truly yours,

       Robin C. Smith