# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

**Short Title:** U.S. v. REYES-ARZATE                **Docket No.:** 22-0320

**Substitute, Additional, or Amicus Counsel's Contact Information** is as follows:

**Name:** SUSAN CORKERY, Assistant United States Attorney

**Firm:** United States Attorney's Office, Eastern District of New York

**Address:** 271 Cadman Plaza East, Brooklyn, New York 11201

**Telephone:** 718-254-6286        **Fax:**

**E-mail:** Susan.Corkery@usdoj.gov

**Appearance for:** Appellee
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____)
(name/firm)

☐ Substitute counsel (replacing other counsel: _____)
(name/firm)

☑ Additional counsel (co-counsel with: PHILIP PILMAR, United States Attorney's Office, Eastern District of New York)
(name/firm)

☐ Amicus (in support of: _____)
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____.

**Signature of Counsel:** /s/

**Type or Print Name:** SUSAN CORKERY