UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of April, two thousand twenty-two.

United States of America,

Appellee,

v.

Ivan Reyes-Arzate,

Defendant - Appellant.

**ORDER**

Docket No. 22-320

The United States of America has moved to dismiss this appeal on the ground that the appellant has entered into an agreement to waive his appellate rights. Upon consideration thereof,

IT IS HEREBY ORDERED that counsel for the appellant must file a response to the motion to dismiss that complies with the requirements set forth in *United States v. Gomez-Perez*, 215 F.3d 315 (2d Cir. 2000). The response must be filed no later than the date appellant set as the due date of his principal brief.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court