# LAW OFFICE OF ROBIN C. SMITH, ESQ., P.C.

Catherine O'Hagan Wolfe
Clerk of Court
United States Court of Appeals
for the Second Circuit
40 Foley Square
New York, New York 10007

April 30, 2022

Re:   *United States v. Ivan Reyes-Arzate,* 22-320

Dear Ms. Wolfe:

I was assigned to represent appellant Ivan Reyes-Arzate in this Court pursuant to the Criminal Justice Act on March 1, 2022. I write in accordance with Local Rule 31.2 to request July 28, 2022, as the due date to file Appellant's brief and appendix.

        Very truly yours,

        Robin C. Smith