# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of May, two thousand twenty-two,

United States of America,

    Appellee,

v.

Ivan Reyes-Arzate,

    Defendant - Appellant.

**ORDER**
Docket No: 22-320

Counsel for APPELLANT has filed a scheduling notification pursuant to the Court's Local Rule 31.2, setting July 28, 2022 as the brief filing date.

It is HEREBY ORDERED that Appellant's brief must be filed on or before July 28, 2022. If the brief is not filed by that date, counsel may be subject to an order to show cause why a financial sanction should not be imposed under Local Rule 27.1(h) for the default.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court