# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

CAPTION:

USA

v.

Ivan Reyes-Arzate

**CERTIFICATE OF SERVICE***

Docket Number: 22-320

I, Robin C. Smith (print name), hereby certify under penalty of perjury that on June 24, 2022 (date), I served a copy of Opening Brief; Appendix; Response to Motion

(list all documents)

by (select all applicable)**

___ Personal Delivery    _X_ United States Mail    ___ Federal Express or other Overnight Courier

___ Commercial Carrier    ___ E-Mail (on consent)

on the following parties:

| Name | Address | City | State | Zip Code |
|---|---|---|---|---|
| Ivan Reyes-Arzate | FCI Safford, PO Box 9000 | Safford | AZ | 85548 |
| | | | | |
| | | | | |
| | | | | |

*A party must serve a copy of each paper on the other parties, or their counsel, to the appeal or proceeding. The Court will reject papers for filing if a certificate of service is not simultaneously filed.

**If different methods of service have been used on different parties, please complete a separate certificate of service for each party.

July 14, 2022                                Robin C. Smith
Today's Date                                 Signature

Certificate of Service Form (Last Revised 12/2015)