UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------------------------------x
UNITED STATES OF AMERICA,

        *Appellee*　　　　　　　　　　RESPONSE TO MOTION TO
　　　　　　　　　　　　　　　　　　DISMISS
        v.

IVAN REYES-ARZATE,
　　　　　　　　　　　　　　　　　　22-320
        *Defendant-Appellant*
--------------------------------------------------------x

ROBIN C. SMITH, hereby declares the following under 28 U.S.C. § 1746:

1. By order dated March 1, 2022, I was appointed as counsel for Appellant in the above referenced case pursuant to the Criminal Justice Act.

2. On April 29, 2022, the government filed a motion to dismiss the appeal based upon the appellate waiver contained in Appellant's plea agreement.

3. Included herewith is appellant's brief pursuant to *Anders v. California,* 386 U.S. 738 (1967) and joint appendix.

4. Because there are no non-frivolous issues for this court's review, I am not opposing the government's motion to dismiss. *See Anders* Brief *filed herewith*.

5. I have furnished appellant with a copy of the *Anders* brief and letter in Spanish, a language understood by Appellant, on June 24, 2022, explaining to Appellant that filing the *Anders* brief will likely result in the dismissal of his appeal and affirmance of the conviction.

6. I have also advised Appellant in the letter in Spanish that he may request the assistance of other counsel or submit a pro se brief directly to the court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 7, 2022
San Rafael, California

_____
ROBIN C. SMITH, ESQ.
*Attorney for Appellant*
Law Office of Robin C. Smith, Esq.
802 B Street
San Rafael, CA 94901
rcs@robinsmithesq.com
(415) 726-8000