

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

*271 Cadman Plaza East
Brooklyn, New York 11201*

July 26, 2022

The Honorable Catherine O'Hagan Wolfe
Clerk of the Court
United States Court of Appeals
  for the Second Circuit
The Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

      Re: U.S. v. Ivan Reyes-Arzate
          Docket No. 22-0320

Dear Ms. Wolfe:

    We are in receipt of defense counsel's brief in the above-referenced matter, in which she states that the case presents no non-frivolous issues for the Court's consideration, pursuant to Anders v. California, 386 U.S. 738 (1967). As the government has a pending motion to dismiss the appeal based upon appellate waiver in this case, we defer to that motion in response to this filing.

    The government, however, requests that it be permitted to file a motion for summary affirmance of the judgment of conviction based upon defense counsel's recent filing if the Court does not grant the government's motion to dismiss.

    Thank you for your attention to this request.

                        Respectfully submitted,

                        BREON PEACE
                        United States Attorney

By:        /s/
     David C. James
     Chief, Appeals Division

          /s/
     Philip Pilmar
     Assistant U.S. Attorney