# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

**Docket Number(s):** 22-320

**Caption [use short title]**

**Motion for:** To be relieved pursuant to Anders v. California

**Set forth below precise, complete statement of relief sought:**

Motion to be relieved as counsel pursuant to Anders v. California

United States v. Reyes-Arzate

**MOVING PARTY:** Appellant
**OPPOSING PARTY:** USA

☐ Plaintiff  ☐ Defendant
☑ Appellant/Petitioner  ☐ Appellee/Respondent

**MOVING ATTORNEY:** Robin Smith
**OPPOSING ATTORNEY:** Susan Corkery

[name of attorney, with firm, address, phone number and e-mail]

Law Office of Robin C. Smith, Esq., P.C.
802 B. Street San Rafael, CA 94901
415-726-8000, rcs@robinsmithesq.com

US Attorneys Office for Eastern District of NY
271 Cadman Plaza East, Brooklyn, NY 11201
718-254-6286; susan.corkery@usdoj.gov

**Court- Judge/ Agency appealed from:** Eastern District of New York, Judge Brian Cogan

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1)?
☑ Yes  ☐ No (explain):

Opposing counsel's position on motion:
☑ Unopposed  ☐ Opposed  ☐ Don't Know

Does opposing counsel intend to file a response:
☐ Yes  ☑ No  ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Is oral argument on motion requested? ☐ Yes ☑ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☐ No  If yes, enter date:

**Signature of Moving Attorney:**
_[signature]_ **Date:** 7/28/22  **Service by:** ☐ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
--------------------------------------------------------x
UNITED STATES OF AMERICA,

    *Appellee*    DECLARATION IN SUPPORT OF
            COUNSEL'S MOTION TO BE
    v.         RELIEVED PURSUANT TO *ANDERS
            v. CALIFORNIA.*

IVAN REYES-ARZATE,
            22-320

    *Defendant -Appellant*
--------------------------------------------------------x

ROBIN C. SMITH, hereby declares the following under 28 U.S.C. § 1746:

1. By order dated March 1, 2022, I was appointed as counsel for Appellant in the above referenced case pursuant to the Criminal Justice Act.

2. My brief pursuant to *Anders v. California,* 386 U.S. 738 (1967) and joint appendix were filed in this Court earlier this month.

3. Because there are no nonfrivolous issues for this court's review, I am moving to be relieved as appellant's counsel. *See Anders* Brief.

4. I have furnished appellant with a copy of the *Anders* brief and letter in Spanish June 27, 2022, explaining to Appellant that filing the *Anders* brief will likely result in the dismissal of his appeal and affirmance of the conviction.

5. I have also advised Appellant in the letter that he may request the assistance of other counsel or submit a pro se brief directly to the court.

WHEREFORE, it is respectfully requested that the undersigned be relieved as

counsel.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 25, 2022
San Rafael, California

_____
ROBIN C. SMITH, ESQ.
*Attorney for Appellant*
Law Office of Robin C. Smith, Esq.
802 B Street
San Rafael, CA 94901
rcs@robinsmithesq.com
(415) 726-8000