# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of October, two thousand twenty-four.

Before:     Myrna Pérez,
               *Circuit Judge.*

_____

| | |
|---|---|
| United States of America, | **ORDER** |
|     Appellee, | Docket No. 22-320 |
| v. | |
| Ivan Reyes-Arzate, | |
|     Defendant - Appellant. | |

_____

      Appellant's CJA counsel moves for authorization to travel for oral argument and for leave to file this motion out of time.

      IT IS HEREBY ORDERED that the motion is GRANTED.

                                For the Court:
                                Catherine O'Hagan Wolfe,
                                Clerk of Court

